# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Archie Minor, Jr.                                                  Docket No. 4:10-CR-97-1BO

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Archie Minor, Jr., who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Cocaine and a Quantity of Heroin, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 20, 2011, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Archie Minor, Jr. was released from custody on April 7, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on April 10, 2014, was positive for marijuana and cocaine. When this officer confronted Minor about illicit drug use, he admitted that he used both substances on April 8, 2014. As a sanction for this violation conduct, participation in substance abuse treatment, DROPS, and service of 2 days custody are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 consecutive days and shall abide by all rules and regulations of the designated facility.

Archie Minor
Docket No. 4:10-CR-97-1BO
Petition For Action
Page 2

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: April 11, 2014

## ORDER OF COURT

Considered and ordered this _11_ day of _April_, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge